# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

TYSON N. WATSON,

    Plaintiff,

v.                                Case No. 3:24cv265-MCR-HTC

J. WHITE, et al.,

    Defendants.

_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated December 30, 2024 (ECF No. 32). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and the objections, ECF No. 33, I believe the Report and Recommendation should be adopted. However, on *de novo* review, I must disagree with the statement in footnote 5 of the Report and Recommendation that the Defendants' "fleeting reference" to the injuries as *de minimis* was "without citation" and therefore insufficient to warrant the Court's consideration of whether dismissal of compensatory damages is appropriate under

42 U.S.C. § 1997e(e).[1]  Nonetheless, I agree with the ultimate conclusion that in this instance, dismissal of the compensatory damages claim is not warranted at this stage of the proceedings.  The injury allegations include two head wounds, loss of consciousness twice, pain, and the loss of a large amount of blood requiring an emergency transfer to a hospital, and pain to Plaintiff's genitals that lasted nearly three weeks.  If true, these injuries cannot be characterized as *de minimis*.  The issue can be revisited based on a fully developed record.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 32) is adopted and incorporated by reference in this Order.

2. Defendants' motion to dismiss (ECF No. 26) is **DENIED**.

3. The clerk is directed to change "Y. Jones" to "V. Jones" in the case caption.

4. Defendants must file an answer to the amended complaint within fourteen (14) days of this Order.

5. The clerk is directed refer this case to the assigned Magistrate Judge for further pretrial proceedings.

---

[1] On pages 6–7 of the Defendants' motion, ECF No. 26, while not expressly referencing 42 U.S.C. § 1997e(e), Defendants did cite case law supporting the proposition that more than *de minimis* injuries are necessary to state a claim and obtain compensatory damages.

Case No. 3:24cv265-MCR-HTC

**DONE AND ORDERED** this 12th day of May 2025.

                          *s/ M. Casey Rodgers*
                          **M. CASEY RODGERS**
                          **UNITED STATES DISTRICT JUDGE**